**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 AUG 31  PM 12: 20

CLERK _BMcCarty_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR 104-51 |
| ) | |
| ROBIN L. WILLIAMS,        ) | |
| CHARLES MICHAEL BROCKMAN, ) | |
| DUNCAN FORDHAM,           ) | |
| MATTHEW CHAD LONG,        ) | |
| RICK LAMAR CAMP, and      ) | |
| DUNCAN DRUGS              ) | |

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. The Court finds that on May 5, 2005, as the result of the convictions of the above Defendants to Counts 1r-17r and 19r-30r of the Redacted Indictment, the Defendants agreed to forfeit to the United States the following amounts of U.S. Currency, respectively, as a personal money judgment and in lieu of the government forfeiting the properties named in the May 26, 2004, Indictment and the government's Bill of Particulars: Defendant Robin L. Williams will forfeit $400,000.00; Defendant Duncan Fordham and Duncan Drugs will forfeit $500,000.00, with each being jointly and severally, liable for that amount; Defendant Rick Lamar Camp will forfeit $55,000.00; Defendant Matthew Chad Long will forfeit $35,000; and Defendant Charles Michael Brockman will forfeit $14,026.00.

The United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against each Defendant in the amounts specified above. Rule 32.2(b)(1) and (c)(1) of the Fed.R.Crim.P. authorizes the Court to enter a personal money judgment against a Defendant and provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Based upon the argument of counsel and the record in this case, the United States' motion is GRANTED.

**EXHIBIT A**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

A. A forfeiture money judgment be entered against Defendant Robin L. Williams in the amount of $400,000.00;

B. A joint and several forfeiture money judgment be entered against Defendants John Duncan Fordham and Fordham, Inc. d/b/a Duncan Drugs in the amount of $500,000.00;

C. A forfeiture money judgment be entered against Defendant Rick Lamar Camp in the amount of $55,000.00;

D. A forfeiture money judgment be entered against Defendant Matthew Chad Long in the amount of $35,000; and

E. A forfeiture money judgment be entered against Defendant Charles Michael Brockman in the amount of $14,026.00.

IT IS FURTHER ORDERED that the real and personal properties named in the Forfeiture Allegation of the Indictment and in the government's February 4, 2005 Bill of Particulars are dismissed;

IT IS FURTHER ORDERED that the Restraining Order entered by this Court on June 3, 2004, is vacated;

IT IS FURTHER ORDERED that the Court retains jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to Defendants at the time of sentencing and shall be made part of the judgment and commitment order;

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed the amount agreed to by each Defendant to satisfy the money judgment in whole or in part;

IT IS FURTHER ORDERED that as the United States collects funds or other tangible assets to satisfy the money judgments ordered herein, that said funds or other tangible assets shall, after disposition and payment of costs and expenses incurred in connection with the seizure, detention and forfeiture of the asset, be deposited forthwith and on a continuing basis by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and 21 U.S.C. § 853(n); and

IT IS FURTHER ORDERED that the Clerk shall forward four certified copies of this Order to the United States Attorney's Office, Post Office Box 8970, Savannah, GA 31412-8970.

SO ORDERED this 31st day of August, 2005.

HON. DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA　　*

　　vs.　　　　　　　　　　　*　　CASE NO. CR104-51

ROBIN L. WILLIAMS, et al.　　*

　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　*

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Final Order of Forfeiture dated 8/31/05, which is part of the official records of this case.

Date of Mailing: 8/31/05
Date of Certificate: 8/31/05

SCOTT L. POFF, CLERK

By _____

NAME:
1. Robin L. Williams, Mike Garrett, Bruce Morris
2. Charles Brockman, Jerome Froelich
3. Duncan Fordham, Michael Lambros, Adam Hames, Kirby Atkinson, Andrew Ekonomou
4. Matthew Long, Daniel Griffin
5. Rick Camp, Jay Strongwater, Harry Dixon
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☒ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds