IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 NOV 15 AM 11:58
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| ROBIN L. WILLIAMS, | * | CR 104-051 |
| CHARLES MICHAEL BROCKMAN, | * | |
| DUNCAN FORDHAM, | * | |
| MATTHEW CHAD LONG, | * | |
| RICK LAMAR CAMP, and | * | |
| FORDHAM, INC. d/b/a | * | |
|    DUNCAN DRUGS | * | |

O R D E R

In the captioned criminal matter, Defendants were sentenced on September 15, 2005, including an order of restitution to be paid to the victim(s). The victim(s) entitled to restitution were not identified at that time however. Presently, the Community Service Board of East Central Georgia ("CSB"), the State of Georgia Department of Administrative Services ("DOAS"), and the Great American Insurance Company ("Great American") have moved the Court to identify them as victims entitled to restitution.

Upon full consideration of the motion and supporting documentation, and hearing no opposition from the United States or the Defendants, **IT IS ORDERED** that said motion is **GRANTED**. More particularly, the CSB is identified as a victim


EXHIBIT B

entitled to restitution from each Defendant. The CSB and its subrogees, the State of Georgia DOAS and Great American, are identified as co-victims entitled to restitution from Defendants Robin L. Williams, Charles Michael Brockman, Duncan Fordham, Matthew Chad Long, and Fordham, Inc. Further, the CSB and its subrogees, the State of Georgia DOAS and Great American, are identified as co-victims entitled to restitution in the amount of $79,218 from Defendant Rick Lamar Camp. **IT IS FURTHER ORDERED** that these three victims are entitled to pursue any lawful restitution remedy.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE