# Jack Long

| | |
|---|---|
| **From:** | Erika Thornton <Erika_Thornton@gas.uscourts.gov> |
| **Sent:** | Friday, July 8, 2022 10:35 AM |
| **To:** | Jack Long |
| **Subject:** | CR104-51-03 John Duncan Fordham |
| **Attachments:** | CR104-51-03 Fordham Payments RA.xlsx |

Mr. Long,

I am attaching the list of payments that Mr. Fordham has paid directly to the Clerk's Office which total $46,079.29 ($100 SPA + $45,979.29).

All payments that have been applied to Mr. Fordham's restitution have been sent out to the victims, Department of Administrative Service and Great American Insurance.

I will follow up with Xavier Cunningham this morning to get confirmation on the receiver payments.

If you have any questions about the report, please let me know.

Thank you,



*Erika Thornton*
Financial Administrator
United States District Court, Savannah Division
(912) 650 - 4027



EXHIBIT F

Thank you very much. Did the $45,979.29 that was paid to the victims sent directly to the Georgia Department of Administrative Services or Great American? Jack Long

**From:** Erika Thornton <Erika_Thornton@gas.uscourts.gov>
**Sent:** Thursday, August 18, 2022 2:49 PM
**To:** Jack Long <JLong@tuckerlong.com>
**Subject:** RE: CR104-51 John Duncan Fordham

Mr. Long,

Mary Sue Robichaux (replaced Xavier Cunningham) and Margrita Brady are working on this case at the US Attorney's office.

As I previously provided, Mr. Fordham has paid to the court $45,979.29 in restitution that has been paid to the victims. In addition, payments were sent directly to victims outside of the court. I can verify with the USAO's records that the following occurred:
Dept. of Admin received $174,22035 + $39,087.76
Great American received $244,682.44 + $27,831.52

If any additional sale/funds were sent directly to victims outside of the court, the United States Attorney's office would have to answer those questions.

Please let me know if I can be of any more assistance.

Thank you for your patience,



*Erika Thornton*
Financial Administrator
United States District Court, Savannah Division
(912) 650 - 4027

**From:** Erika Thornton
**Sent:** Tuesday, August 9, 2022 2:27 PM
**To:** jlong@tuckerlong.com
**Subject:** CR104-51 John Duncan Fordham

Mr. Long,

I just wanted to check in with you in regards to the documentation that you have requested in CR104-51 Fordham. It just came to my attention last week that Xavier Cunningham is no longer with the United States Attorney's Office. He was the one that I had reached out to obtain additional information on this case but was unsuccessful. I was not sure if the USAO had contacted you with additional information or not so I just wanted to follow up.

If you have time, please call me at 912-650-4027 or reply to my email if that is more convenient.

Thank you!