AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN DUNCAN FORDHAM,

    Plaintiff,

                         JUDGMENT IN A CIVIL CASE

        V.                      CASE NUMBER: CV122-121

GEORGIA DEPARTMENT OF
ADMINISTRATIVE SERVICES and
GREAT AMERICAN INSURANCE
COMPANY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 23, 2023, this case is dismissed for lack of subject matter jurisdiction and stands closed.



| 3/23/2023 | John E. Triplett |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03