IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JOHN DUNCAN FORDHAM,    ) | |
| ) | |
| PLAINTIFF,    ) | |
| ) | CIVIL ACTION |
| VS.    ) | |
| ) | FILE NO. 1:22-CV-00121-DHB |
| GEORGIA DEPARTMENT OF    ) | |
| ADMINISTRATIVE SERVICES and ) | |
| GREAT AMERICAN INSURANCE ) | |
| COMPANY    ) | |
| ) | |
| DEFENDANTS    ) | |

## NOTICE OF APPEAL

NOW COMES JOHN DUNCAN FORDHAM and appeals to the United States Court of Appeals for the Eleventh Circuit the Order and Judgment (Docket Nos. 35 and 36) entered on March 23, 2023, dismissing the above-captioned case for lack of subject matter jurisdiction.

Respectfully submitted, this 13th day of April, 2023.

/s/*John B. Long*
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

1

TUCKER LONG, P.C.
P. O. BOX 2426
AUGUSTA, GA  30903
(706) 722-0771
ttucker@tuckerlong.com
jlong@tuckerlong.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all Counsel of Record by the CM/ECF system on April 13, 2023.

                                                              _/s/*John B. Long*_
                                                              JOHN B. LONG, ESQ.
                                                              Georgia State Bar No. 457200